Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Larry Kenneth Bowman, Jr.** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Amy Laurel Bowman** | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** | |
| Case number: | **23-02337** | |
| (If known) | | |

☐ Check if this is a modified plan, and list below the sections of the plan that have been changed.

☐ Pre-confirmation modification
☐ Post-confirmation modification

District of South Carolina
# Chapter 13 Plan
5/22

## Part 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, this Court's local rules, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. Failure to object may constitute an implied acceptance of and consent to the relief requested in this document.
4414
If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file a timely objection to confirmation. **To determine the deadline to object to this plan, you must consult the Notice of Bankruptcy Case or applicable Notice/Motion served with this plan**. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, pursuant to Federal Rule of Bankruptcy Procedure 3002, you must file a timely proof of claim in order to be paid under any plan. Confirmation of this plan does not bar a party in interest from objecting to a claim.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |
| 1.4 | Conduit Mortgage Payments: ongoing mortgage payments made by the trustee through plan, set out in Section 3.1(c) and in Part 8 | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1** The debtor will pay the trustee as follows:

**$350.00** per **Month** for **60** months

The debtor and trustee may stipulate to a higher payment in order to provide adequate funding of the plan without the necessity of a modification to the plan. The stipulation is effective upon filing with the Court, unless otherwise ordered.

**2.2** Regular payments to the trustee will be made from future income in the following manner:
☐ The debtor will make payments pursuant to a payroll deduction order.
☐ The debtor will make payments directly to the trustee.
☑ Other (specify method of payment):
Debtor will enroll in TFS Billpay.

**2.3 Income tax refunds.**

☑ The debtor will retain any income tax refunds received during the plan term.

☐ The debtor will treat income refunds as follows:

**2.4 Additional payments.**

☑ The debtor will make additional payment(s) to the trustee from other sources, as specified below. Describe the source, estimated amount, and date of each anticipated payment

In addition to the payments listed above, Debtor shall pay the trustee all net non-exempt proceeds from the sale of the real property located at 212 Thomaston Ave in Summerville, SC  Dorchester County tax map 153-08-041-000-C. Debtor shall actively market the property and shall file all required motions necessary to obtain any Court approval of a closing on or before April 7, 2024 which is 8 months from the date of the bankruptcy petition.

Failure to timely file such application shall be considered a violation of the terms of the Chapter 13 plan and a basis for dismissal, unless an extension of this time is requested prior to the deadline, and granted by the Court.

### Part 3:   Treatment of Secured Claims

To receive a distribution from the trustee, a proof of claim, including adequate supporting documentation and filed in compliance with Official Rules and Forms, must be filed with the Court. For purposes of plan distribution, a claim shall be treated as provided for in a confirmed plan.  However, if a claim is treated as secured in a confirmed plan and the affected creditor elects to file an unsecured claim, such claim, unless timely amended, shall be treated as unsecured for purposes of plan distribution.   Any creditor holding a claim secured by property that is removed from the protection of the automatic stay by order, surrender, or through operation of the plan will receive no further distribution from the chapter 13 trustee on account of any secured claim. This provision also applies to creditors who may claim an interest in, or lien on, property that is removed from the protection of the automatic stay by another lienholder or released to another lienholder, unless the Court orders otherwise, but does not apply if the sole reason for its application arises under 11 U.S.C. § 362(c)(3) or (c)(4).  Any funds that would have otherwise been paid to a creditor, but pursuant to these provisions will not be paid, will be distributed according to the remaining terms of the plan.  Any creditor affected by these provisions and who has filed a timely proof of claim may file an itemized proof of claim for any unsecured deficiency within a reasonable time after the removal of the property from the protection of the automatic stay.  Secured creditors that will be paid directly by the debtor may continue sending standard payment and escrow notices, payment coupons, or inquiries about insurance, and such action will not be considered a violation of the automatic stay.

**3.1    Maintenance of payments and cure or waiver of default, if any.**

☑ **3.1(b)** The debtor is in default and will maintain the contractual payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor. The arrearage payments will be disbursed by the trustee, with interest, if any, at the rate stated. The trustee shall pay the arrearage as stated in the creditor's allowed claim or as otherwise ordered by the Court.

| Name of Creditor | Collateral | Estimated amount of arrearage | Interest rate on arrearage (if applicable) | Monthly payment on arrearage |
|---|---|---|---|---|
| **Brandymill HOA** | 212 Thomaston Ave Summerville, SC 29485  Dorchester County TMS: 153-11-08-041-000-C | $1,600.00<br>Includes amounts accrued through the **August 2023 payment** | 0.00% | $27.00<br>(or more) |

☑ **3.1(e) Other.**  A secured claim is treated as set forth in section 8.1.  This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a treatment is provided in Section 8.1.

**3.2    Request for valuation of security and modification of undersecured claims.**
   ☑    **None.** If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

**3.3    Other secured claims excluded from 11 U.S.C.  § 506 and not otherwise addressed herein.**
   ☑    **None**. If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4** **Lien avoidance**.
    ☑ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5** **Surrender of collateral.**
    ☑ The debtor elects to surrender the collateral that secures the claim of the creditor listed below. A copy of this plan must be served on all co-debtors. The debtor requests that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any creditor who has filed a timely proof of claim may file an amended proof of claim itemizing the deficiency resulting from the disposition of the collateral within a reasonable time after the surrender of the property. Any such amended claim, if allowed, will be treated in Part 5.1 below.

| Name of Creditor | Collateral |
| --- | --- |
| **Barclays Bank Delaware-jdgmt** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **Conger Sr, Waters, and Rev Tr of Waters - jdgmt** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **First National Bank of South Carolina - mtg** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **South Carolina Federal Credit Union -jdgmt** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **Trio Rentals - jdgmt** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **US Small Business Admin 1750 - mtg** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |
| **US Small Business Admin 5007- mtg** | **103 Tiffany Ln Summerville, SC 29485  Dorchester County TMS: 1530105029000** |

### Part 4:    Treatment of Fees and Priority Claims

**4.1** **General**

The debtor shall pay all post-petition priority obligations, including but not limited to taxes and post-petition domestic support, and pay regular payments on assumed executory contracts or leases, directly to the holder of the claim as the obligations come due, unless otherwise ordered by the Court. Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case.

**4.3** **Attorney's fees.**

    a.    The debtor and the debtor's attorney have agreed to an attorney's fee for the services identified in the Rule 2016(b) disclosure statement filed in this case.  Fees entitled to be paid through the plan and any supplemental fees as approved by the Court shall be disbursed by the trustee as follows: Following confirmation of the plan and unless the Court orders otherwise, the trustee shall disburse a dollar amount consistent with the Judge's guidelines to the attorney from the initial disbursement.  Thereafter, the balance of the attorney's compensation as allowed by the Court shall be paid, to the extent then due, with all funds remaining each month after payment of trustee fees, allowed secured claims and pre-petition arrearages on domestic support obligations. In instances where an attorney assumes representation in a pending pro se case and a plan is confirmed, a separate order may be entered by the Court, without further notice, which allows for the payment of a portion of the attorney's fees in advance of payments to creditors.

    b.    If, as an alternative to the above treatment, the debtor's attorney has received a retainer and cost advance and agreed to file fee applications for compensation and expenses in this case pursuant to 11 U.S.C. § 330, the retainer and cost advance shall be held in trust until fees and expense reimbursements are approved by the Court.  Prior to the filing of this case, the attorney has received $_____ and for plan confirmation purposes only, the fees and expenses of counsel are estimated at $_____ or less.

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

The trustee shall pay all allowed pre-petition 11 U.S.C. § 507 priority claims, other than domestic support obligations treated below, on a *pro rata* basis. If funds are available, the trustee is authorized to pay any allowed priority claim without further modification of the plan.

    ☐ **Domestic Support Claims**. 11 U.S.C. § 507(a)(1):

        a.    Pre-petition arrearages. The trustee shall pay the pre-petition domestic support obligation arrearage to _____ (state name of DSO recipient), at the rate of $_____ or more per month until the balance, without interest, is paid in full. *Add additional creditors as needed.*

    b.    The debtor shall pay all post-petition domestic support obligations as defined in 11 U.S.C. § 101(14A) on a timely basis directly to the creditor.

    c.    Any party entitled to collect child support or alimony under applicable non-bankruptcy law may collect those obligations from property that is not property of the estate or with respect to the withholding of income that is property of the estate or property of the debtor for payment of a domestic support obligation under a judicial or administrative order or a statute.

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**
    [✓] **None.** If "None" is checked, the rest of § 4.5 need not be completed or reproduced.

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**
Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata by the trustee to the extent that funds are available after payment of all other allowed claims.

    [✓] The debtor estimates payments of less than 100% of claims.
    [ ] The debtor proposes payment of 100% of claims.
    [ ] The debtor proposes payment of 100% of claims plus interest at the rate of %.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**
    [✓] **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Other separately classified nonpriority unsecured claims.**
    [✓] **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.**
    [✓] **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

## Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor as stated below:**
    [✓] Upon confirmation of the plan, property of the estate will remain property of the estate, but possession and use of property of the estate shall remain with the debtor. The chapter 13 trustee shall have no responsibility regarding the use or maintenance of property of the estate. The debtor is responsible for protecting the estate from any liability resulting from operation of a business by the debtor.

    [ ] **Other.** The debtor is proposing a non-standard provision for vesting, which is set forth in section 8.1. This provision will be effective only if the applicable box in Section 1.3 of this plan is checked and a proposal for vesting is provided in Section 8.1.

## Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

***The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.***

    **8.1 (a)  Bank NY Mellon; 1st mortgage, 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

    Debtor proposes to pay the claim secured by 1st mortgage on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

    Debtor also proposes to make monthly adequate protection payment to Bank NY Mellon in the amount of $1513.04. Trustee will make no disbursement on this secured claim.

    **8.1 (b) South State Bank; 2nd mortgage; 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

    Debtor proposes to pay the claim secured by 2nd mortgage on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

Debtor also proposes to make monthly adequate protection payment to South State Bank in the amount of $855.00. Trustee will make no disbursement on this secured claim.

**8.1 (c) SC Federal Credit Union: judgement lien; 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

Debtor proposes to pay the claim secured by judgment lien on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

Debtor also proposes to make monthly adequate protection payment to SC Federal Credit union in the amount of $452.00. Trustee will make no disbursement on this secured claim.

**8.1 (d) Barclays Bank Delaware: judgement lien; 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

Debtor proposes to pay the claim secured by judgment lien on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

Debtor also proposes to make monthly adequate protection payment to Barclays Bank Delaware in the amount of $130.00. Trustee will make no disbursement on this secured claim.

**8.1 (e) Trio Rentals: judgement lien; 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

Debtor proposes to pay the claim secured by judgment lien on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

Debtor also proposes to make monthly adequate protection payment to Trio Rentals in the amount of $119.00. Trustee will make no disbursement on this secured claim.

**8.1 (f) Conger Sr., Waters, and Revocable Trust of Waters: $157,265.97 judgement lien; 212 Thomaston Ave, Summerville SC 29486 Dorchester County Tax map 153-11-08-041-000-C**

Debtor proposes to pay the claim secured by judgment lien on 212 Thomaston Ave in Summerville SC in full from proceeds of the sale of the property.

Debtor also proposes to make monthly adequate protection payment to Conger Sr, Waters, and Revocable Trust of Waters in the amount of $2,055.00. Trustee will make no disbursement on this secured claim.

## Part 9:    Signatures:

**9.1    Signatures of debtor and debtor attorney**

| X | **/s/ Larry Kenneth Bowman, Jr.** | X |  |
|---|---|---|---|
|   | **Larry Kenneth Bowman, Jr.** |   | Signature of Debtor 2 |
|   | Signature of Debtor 1 |   |   |
|   | Executed on    **August 15, 2023** |   | Executed on   |
| X | **/s/ David C. Gaffney** | Date | **August 15, 2023** |
|   | **David C. Gaffney 10112** |   |   |
|   | Signature of Attorney for debtor  DCID# |   |   |

**By filing this document, the debtor, if not represented by an attorney, or the debtor and the attorney for the debtor certify(ies) that this Chapter 13 plan contains no nonstandard provision other than those set out in Part 8.**

# United States Bankruptcy Court
## District of South Carolina

In re **Larry Kenneth Bowman, Jr.**      Case No. **23-02337**
                          Debtor(s)      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 15, 2023**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**James Wyman, ch 13 Trustee, via CMECF**

**US Trustee, via CMECF**

**see attached mailing matrix**

/s/ David C. Gaffney
**David C. Gaffney 10112**
**Gaffney Law Firm, P.A.**
**P.O. Box 3966**
**West Columbia, SC 29171-3966**
**803-781-0500 Fax: 803-454-9900**
**david@gaffneylawfirm.com**

```
Label Matrix for local noticing         AAFA of South Carolina Inc.            ACS Primary Care Physicians of SE, PC
0420-2                                   135 N Church St                        care-of  Wakefield And Assoc LLC
Case 23-02337-eg                         Spartanburg SC 29306-5138              PO Box 51272
District of South Carolina                                                      Knoxville TN 37950-1272
Charleston
Tue Aug 15 14:13:14 EDT 2023

AT AND T                                 AT AND T Corp.                         AT AND T Corp.
care-of  Bankruptcy                      American InfoSource as agent           care - of  AT AND T Services Inc.
1801 Valley View Lane                    PO Box 5072                            Lead Paralegal
Dallas TX 75234-8906                     Carol Stream IL 60197-5072             One AT AND T Way Room 3A104
                                                                                Bedminster NJ 07921

(p)ABSOLUTE RESOLUTIONS CORPORATION      Absolute Resolutions Investments, LLC  Advance America
8000 NORMAN CENTER DRIVE SUITE 350       care-of Cawley And Bergmann LLC        125 N Church St.
BLOOMINGTON MN 55437-1118                550 Broad St, Ste 1001                 Spartanburg SC 29306
                                         Newark NJ 07102-4542

Aerican Express National Bank            Allen Conger Sr.                       American Express
care-of  Becket and Lee LLP              care-of Thomas P Krahe II              PO Box 6985
PO Box 3001                              222 West Coleman Blvd                  Buffalo NY 14240-6985
Malvern PA 19355-0701                    Mount Pleasant SC 29464-3494

American Express Nat Bank                American InfoSource as agent           Ashley Funding Servvices LLC
care-of  Becket and Lee LLP              PO Box 4457                            care-of  Resugent Capital LLC
PO Box 3001                              Houston TX 77210-4457                  PO Box 10587
Malvern PA 19355-0701                                                           Greenville SC 29603-0587

(p)AUTOMONEY  INC                        (p)AUTOMOTIVE FINANCE CORPORATION      Barclays Bank Delaware
ATTN ABIGAIL SCUDDER DUFFY               11299 N ILLINOIS ST                    Attn: Bankruptcy
450 MEETING ST                           CARMEL IN 46032-8887                   PO Box 8801
CHARLESTON SC 29403-5522                                                        Wilmington DE 19899-8801

Barclays Bank Delaware                   Larry Kenneth Bowman Jr.               Brandymill Comm Assoc Inc.
care-of  Michael Brittain Travis         212 Thomaston Ave                      aka Brandymill HOA
PO Box 80416                             Summerville, SC 29485-8247             care-of  Brian Kimmel , agent
Charleston SC 29416-0416                                                        121 New Sprint Ct
                                                                                Summerville SC 29485-5245

Brandymill HOA                           Capital One                            Capital One, N.A.
PO Box 1086                              Attn: Bankruptcy                       care-of  Becket and Lee LLP
Summerville SC 29484-1086                PO Box 30285                           PO Box 3001
                                         Salt Lake City UT 84130-0285           Malvern PA 19355-0701

Clarkson and Hale, LLC                   (p)PAYLIANCE                           Devin T Waters
PO Box 287                               2 EASTON OVAL                          care-of  Thomas P Krahe II
Columbia SC 29202-0287                   STE 310                                222 W Coleman Blvd
                                         COLUMBUS OH 43219-6193                 Mount Pleasant SC 29464-3494

Discover                                 (p)DISCOVER FINANCIAL SERVICES LLC     Dorchester County Tax Collector
PO Box 3025                              PO BOX 3025                            Dorchester County
New Albany OH 43054-3025                 NEW ALBANY OH 43054-3025               201 Johnston St
                                                                                Saint George SC 29477-2412
```

| | | |
|---|---|---|
| Dorchester County Treasurer<br>Dorchester County<br>201 Johnston Street<br>Saint George SC 29477-2412 | ERC<br>PO Box 57610<br>Jacksonville FL 32241-7610 | (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 |
| Experian -www dispute-<br>PO Box 2002<br>Allen TX 75013-2002 | First Financial of Charleston<br>5025 Dorchester Rd<br>North Charleston SC 29418-5604 | (p)FIRST NATIONAL BANK OF SC<br>PO BOX 897<br>SUMMERVILLE SC 29484-0897 |
| David C. Gaffney<br>Gaffney Law Firm, P.A.<br>PO Box 3966<br>West Columbia, SC 29171-3966 | Hamilton County Superior Court 2<br>One Hamilton Square, No. 384<br>Noblesville IN 46060-2232 | I.C. Systems Inc.<br>PO Box 64378<br>Saint Paul MN 55164-0378 |
| Innovis<br>PO Box 1689<br>Pittsburgh PA 15230-1689 | Internal Revenue Service -p-<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Kohls-Capital One<br>Kohls Card<br>Support-Bankruptcy<br>PO Box 3120<br>Milwaukee WI 53201-3120 |
| Larry Kenneth Bowman Sr.<br>103 Tiffany Lane<br>Summerville SC 29485-4617 | Cynthia Jordan Lowery<br>Moore & Van Allen PLLC<br>78 Wentworth Street<br>Post Office Box 22828<br>Charleston, SC 29413-2828 | Marion County Superior Court-Civil Div.<br>200 E. Washington St., No.T-1221<br>Indianapolis IN 46204-3320 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego CA 92108-2710 | Midland Funding LLC<br>1703 Laurel St<br>Columbia SC 29201-2660 | Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 |
| Midland Funding LLC<br>care-of Stephen Elias Fain<br>PO Box 287<br>Columbia SC 29202-0287 | Mr. Cooper<br>Attn - Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell TX 75019-4620 | Nationwide Credit, Inc<br>PO Box 14581<br>Des Moines IA 50306-3581 |
| Navy Federal Credit Union<br>820 Follin Lane<br>Vienna VA 22180-4907 | NextGear Capital Inc<br>care-of Michael Gilbert Gibson<br>1320 City Center Dr<br>Suite 100<br>Carmel IN 46032-3816 | NextGear Capital Inc.<br>care-of Amanda Dalton Stafford<br>111 Monument Cir<br>Ste 900<br>Indianapolis IN 46204-5106 |
| Portfolio Recovery Associates -POC-<br>PO Box 12914<br>Norfolk VA 23541-0914 | Mary Powers<br>Robertson, Anschutz, Schneid, Crane & Pa<br>110 Frederick Street<br>Ste 200<br>Greenville, SC 29607-2580 | Primeway FCU<br>Attn: Bankruptcy<br>PO Box 53088<br>Houston TX 77052-3088 |
| Purpose Money<br>710 Bacons Bridge Rd Ste E<br>Summerville SC 29485-4208 | Receivables Performance Management LLC<br>PO Box 1548<br>Lynnwood WA 98046-1548 | Resurgent Capital Servcies<br>PO Box 1927<br>Greenville SC 29602-1927 |

```
Revocable Trust of Devin T Waters          Richard Lambert                          S.C. Department of Revenue
care-of  Thomas P Krahe II                 820 Creekside Drive                      Correspondence
222 W Coleman Blvd                         Mount Pleasant SC 29464-3606             PO Box 125
Fountain Inn SC 29644                                                               Columbia SC 29202-0125


S.C. Department of Revenue                 S.C. Department of Revenue               SC Federal Credit Union
GEAR                                       PO Box 12265                             2175 Credit Union Ln
300A Outlet Pointe Boulevard               Columbia SC 29211-2265                   Charleston SC 29406-4915
Columbia SC 29210-5666


SC Federal Credit Union                    Scott And Associates PC                  South Carolina Fed Cd Un
care-of  Cynthia Jordan Lowery             PO Box 115220                            PO Box 190012
PO Box 22828                               Carrollton TX 75011-5220                 North Charleston SC 29419-9012
Charleston SC 29413-2828


South Carolina Federal Credit Union        South Carolina Federal Credit Union      South State Bank
PO Box 190012                              care-of  Cynthia Lowery                  PO Box 118068
North Charleston, SC 29419-9012            Moore Van Allen                          Charleston SC 29423-8068
                                           78 Wentworth St
                                           Charleston SC 29401-1428


South State Bank                           South State Bank LOC                     Southeastern Hosp Svc PC
PO Box 1900                                PO Box 118068                            care-of  Wakefield And Asoc LLC
Cornelia GA 30531-7900                     Charleston SC 29423-8068                 PO Box 51272
                                                                                    Knoxville TN 37950-1272


Syncb-Belk                                 Syncb-hhgreg                             Synchrony Bank
Attn: Bankruptcy                           Attn: Bankruptcy                         PO Box 965027
PO Box 965060                              PO Box 965060                            Orlando FL 32896-5027
Orlando FL 32896-5060                      Orlando FL 32896-5060


Synchrony Bank-Bp                          Synchrony Bank-Care Credit               Synchrony Bank-Walmart
Attn: Bankruptcy Dept                      attn: Bankruptcy                         Attn: bankruptcy dept
PO Box 965060                              PO Box 965060                            PO Box 965060
Orlando FL 32896-5060                      Orlando FL 32896-5060                    Orlando FL 32896-5060


Synchrony Bank-Walmart                     Systems And Services                     The Bank NY Mellon
care-of  Portfolio Recovery Associates L   Technologies-Best Egg                    care-of  NationStar dba Mr. Cooper
120 Corporate Blvd                         Attn: Bankruptcy                         Attn Bk Dept
Norfolk VA 23502-4952                      4315 Pickett Rd                          PO Box 619096
                                           Saint Joseph MO 64503-1600               Dallas TX 75261-9096


The Bank of New York Mellon                The Bank of New York Mellon              (p)TMX FINANCE LLC FORMERLY TITLEMAX
Robertson, Anschutz, Schneid, Crane        PO Box 619096                            15 BULL STREET
13010 Morris Rd., Suite 450                Dallas TX 75261-9096                     SUITE 200
Alpharetta, GA 30004-5094                                                           SAVANNAH GA 31401-2686


Trans Union                                Transworld Systems Inc                   Transworld Systems Inc.
PO Box 1000                                PO Box 15520                             PO Box 15618
Chester PA 19016-1000                      Wilmington DE 19850-5520                 Dept 940
                                                                                    Wilmington DE 19850-5618
```

| | | |
|---|---|---|
| Transworld Systems, Inc.<br>2235 Mercury Way, Suite 275<br>Santa Rosa CA 95407-5463 | Transworld Systems, Inc.<br>507 Prudential Road<br>Horsham PA 19044-2308 | Trident Regional<br>295 Midland Parkway<br>Summerville SC 29485-8104 |
| Trio Rentals<br>125 Axtell Dr<br>Summerville SC 29485-3403 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana CA 92701-7534 | US Bank<br>ATTN: 790185<br>1005 Convention Plaza<br>Saint Louis MO 63101-1229 | (p)U S  BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 |
| US Department of Education<br>Federal Offset Unit<br>PO Box 5227<br>Greenville TX 75403-5227 | US Department of the Treasury<br>Attn: Bankruptcy<br>1500 Pennsylvania Ave, NW<br>Washington DC 20220-0002 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| US Small Business Admin 1750<br>200 W Santa Ana Blvd,., Ste 740<br>Santa Ana CA 92701-7534 | USPS Greater South Carolina<br>United States Postal Service<br>Office of the Consumer Advocate<br>475 L'Enfant Plaza SW RM 4541<br>Washington DC 20260-0004 | Verizon Wireless<br>care-of  American Infosource LP<br>PO Box 4457<br>Houston TX 77210-4457 |
| James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Absolute Resolutions Investments LLC<br>care-of  Absolute Resolutiosn Corp.<br>8000 Norman Centr Dr STe 350<br>Minneapolis MN 55437 | Auto Money Inc<br>450 B Meeting St<br>Charleston SC 29403 | Automotive Finance Corporation<br>11299 N Illinois St<br>Carmel IN 46032 |
| Cybrcollect<br>Attn: Bankruptcy<br>3 Easton Oval Ste 210<br>Columbus OH 43219 | Discover Financial<br>Attn: Bankruptcy<br>Department<br>PO Box 15316<br>Wilmington DE 19850 | Equifax<br>Po Box 740241<br>Atlanta GA 30374-0256 |
| First National Bank of South Carolina<br>415 N. Main St<br>Summerville SC 29483 | TitleMax of South Carolina Inc.<br>15 Bull Sts Ste 200<br>Savannah GA 31401 | U. S. Bank NA<br>dba Elan Financial Services<br>Bk Dept<br>PO Box 108<br>Saint Louis MO 63166-0108 |

| | | |
|---|---|---|
| US Bank<br>PO Box 211128<br>Saint Paul MN 55121-4201 | (d)US Bank NA<br>PO Box 108<br>Saint Louis MO 63166-0108 | US Department of the Treasury<br>Bureau of the Fiscal Service<br>Debt Management Services<br>PO Box 1686<br>Birmingham AL 35201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)South Carolina Federal Credit Union<br>PO Box 190012<br>North Charleston SC 29419-9012 | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     1<br>Total                 106 |